Tyler B. Ayres, Bar No. 9200
Daniel M. Baczynski, Bar No. 15530
AYRES LAW FIRM
12339 S. 800 E. Ste. 101
Draper UT 84020
(801) 255-5555
tyler@ayreslawfirm.com
dan@ayreslawfirm.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ERIC LEHMANN,<br><br>    On behalf of Plaintiff and Class,<br><br>vs.<br><br>CAVALRY SPV I, LLC.,<br><br>    Defendant. | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Civil No: 1:18-cv-0139<br><br>Judge Bruce S. Jenkins |

    Plaintiff, Eric Lehman and Defendant, Cavalry SPV I, LLC., stipulate, move and agree that all clams, causes of action, or potential causes of action involving the same set of facts and circumstances against Cavalry SPV I, LLC. in this matter shall be dismissed with prejudice.

    The parties further stipulate and agree to submit to the Court an approved Order of Dismissal of Defendant, and that each party shall bear their own costs and fees.

    Dated this 29th day of January 2019.

                                                    AYRES LAW FIRM

                                                  /s/     Tyler B. Ayres
                                                  Attorneys for Plaintiff

APPROVED AS TO FORM

BALLARD SPAHR, LLP


/s/   Tyler Hawkins

2

## CERTIFICATE OF SERVICE

I certify that on this 29th day of January 2019, I caused a true and correct copy of this **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** to be filed with the Court's CM/ECF system causing service on the following:

Melanie J. Vartabedian
Tyler M. Hawkins
BALLARD SPAHR, LLP
201 S. Main Street Ste 800
Salt Lake City, UT. 84111-2221

/s/ Janie King

3